**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:15–cr–00060 |
| | § | |
| Christopher Braziel | § | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above Defendant has testified under oath or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel. Because the interests of justice so require, the Federal Public Defender of this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

Initial Appearance is scheduled for 12/13/2023 at 9:45 AM. Defendant speaks English and will not need an interpreter.

Counsel will be notified electronically via CM/ECF.

**Please note: Attorneys are required to arrive 30 minutes prior to court setting to properly prepare your client.**

ORDERED the 12th of December 2023.

_____
Julie K. Hampton
United States Magistrate Judge