United States District Court
Southern District of Texas
**ENTERED**
December 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CR NO. 4:15-cr-00060-6 |
| | § | |
| Christopher Braziel | § | |

## ORDER OF COMMITMENT

Defendant had his initial appearance in the Southern District of Texas, Corpus Christi Division, upon the Superseding Petition for Warrant or Summons for Offender under Supervision charging violation of supervised release. Defendant waived his right to a preliminary hearing on the petition.

The United States Marshal is commanded to remove Defendant forthwith to the **Houston Division** where case is assigned, and there deliver him to the United States Marshal or to some other officer authorized to receive him.

ORDERED this 18th day of December 2023.

_____
Mitchel Neurock
United States Magistrate Judge